| | |
|---|---|
| **TIFFANY & BOSCO**<br>P.A.<br>**2525 EAST CAMELBACK ROAD**<br>**SUITE 300**<br>**PHOENIX, ARIZONA 85016**<br>**TELEPHONE: (602) 255-6000**<br>**FACSIMILE: (602) 255-0192** | **IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**<br>The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.<br>**Dated: March 25, 2010**<br><br>_Randolph J. Haines_<br>**RANDOLPH J. HAINES**<br>**U.S. Bankruptcy Judge** |

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-05593

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>James Quinton Jaeger and Angela D'Ann Jaeger<br>　　　　Debtors.<br>―――――――――――――――――――<br>Chase Home Finance LLC<br>　　　　Movant,<br>　vs.<br><br>James Quinton Jaeger and Angela D'Ann Jaeger, Debtors, Russell A. Brown, Trustee.<br><br>　　　　Respondents. | No. 2:09-BK-30109-RJH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #17) |

　　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 20, 2006 and recorded in the office of the Maricopa County Recorder wherein Chase Home Finance LLC is the current beneficiary and James Quinton Jaeger and Angela D'Ann Jaeger have an interest in, further described as:

> LOT 64, OF SURPRISE FARMS PHASE I-A SOUTH, PARCEL 7, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 544 OF MAPS, PAGE 16 AND AFFIDAVIT OF CHANGE RECORDED IN DOCUMENT NO. 01-862799, AND THEREAFTER CERTIFICATE OF CORRECTION RECORDED IN DOCUMENT NO. 03-607334.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.